UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25503-CV-WILLIAMS/LETT

MELANIE E. DAMIAN, as Receiver of
ACCANITO EQUITY, LLC; ACCANITO
EQUITY II, LLC; ACCANITO EQUITY III,
LLC; ACCANITO EQUITY IV, LLC;
ACCANITO CAPITAL GROUP, LLC;
ACCANITO HOLDINGS, LLC; SURGE, LLC,

       Plaintiff,

v.

VALO HOLDINGS GROUP, LLC;
JANA SEAMAN, individually,
OCEANFRONT STAFFING, LLC;
JUSTIN HERTZBERG, individually, and
GARRET HOLLANDER, individually,

       Defendants.

_____/

## NOTICE OF FILING DEFENDANT, GARRET HOLLANDER'S WITNESS LIST

Pursuant to this Court's *Scheduling Order* ("Scheduling Order") [*see* ECF No. 66] the Defendant, Garrett Hollander ("Defendant" or "Hollander") hereby files this witness list. All rights are reserved to amend and supplement this list as additional discovery warrants.

### Defendant's Witnesses

| Witness Name | Address | Brief description of testimony |
|---|---|---|
| Garrett Hollander | c/o DGIM Law, PLLC 2875 NE 191st Street, Suite 705 Aventura, Florida 33180-2834 | Mr. Hollander, a party Defendant, is expected to testify as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, and additional matters germane to Defendant's position as well as the Receiver's claims. |

| | | |
|---|---|---|
| Valo Holdings Group, LLC, through its duly appointed corporate representative | c/o Turkel Cuva Barrios Guerra 100 N. Tampa Street, Suite 1900 Tampa, Florida 33602 | Valo Holdings Group, LLC a party Defendant, is expected to testify and have knowledge as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, and additional matters germane to Defendant's position as well as the Receiver's claims. |
| Jana Seaman | c/o Turkel Cuva Barrios Guerra 100 N. Tampa Street, Suite 1900 Tampa, Florida 33602 | Ms. Seaman, a party Defendant, is expected to testify and have knowledge as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, and additional matters germane to Defendant's position as well as the Receiver's claims. |
| Oceanfront Staffing, LLC, through its duly appointed corporate representative | c/o Paul Hastings LLP 71 South Wacker Drive, Suite 4500 Chicago, Illinois 60606 | Oceanfront Staffing, LLC, a party Defendant, is expected to testify and have knowledge as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, and additional matters germane to Defendant's position as well as the Receiver's claims. |
| Justin Hertzberg | c/o Paul Hastings LLP 71 South Wacker Drive, Suite 4500 Chicago, Illinois 60606 | Mr. Hertzberg, a party Defendant, is expected to testify and have knowledge as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, and additional matters germane to Defendant's position as well as the Receiver's claims. |
| Melanie Damian, Court appointed receiver for and on behalf of the Receivership Entities | c/o Damian Valori Culmo 1000 Brickell Avenue, Suite 1020 Miami, Florida 33131 | Ms. Damian, as the Court appointed receiver and on behalf of the Receivership Entities, is expected to testify and have knowledge as to all matters set forth in the pleadings and all matters covered in discovery and motion practice, the SEC Enforcement Action, and additional |

2

| | | |
|---|---|---|
| | | matters germane to the Receiver's claims and formulation thereof. |
| Brent Seaman | c/o Nelson Mullins Riley & Scarborough LLP 2 Biscayne Blvd., 21st Floor Miami, Florida 33131 | Mr. Seaman, a Defendant in the SEC Enforcement Action and a signor to the SurgeTrader Operating Agreement, is expected to testify and have knowledge as to the allegations contained in the pleadings, particularly those regarding SurgeTrader and its business as well as additional matters germane to Defendant's position as well as the Receiver's claims. |
| SurgeTrader LLC, through its duly appointed corporate representative | 16738 Cannes Street Delray Beach, Florida 33446 | SurgeTrader, LLC, through its duly appointed corporate representative, is expected to testify and have knowledge as to all matters set forth in the pleadings, particularly those regarding SurgeTrader's business, and additional matters germane to Defendant's position as well as the Receiver's claims. |
| Melissa Davis | Kapila Mukamal 1000 South Federal Hwy, Suite 200 Fort Lauderdale, Florida 33316 | Ms. Davis of Kapila Mukamal is the Receiver's retained forensic accounting and tax consultant. *See* ECF No. 37 *SEC v. Seaman*, Case No. 23-cv-22791-KMW (S.D. Fla.). Ms. Davis is expected to testify and have knowledge as to forensic accounting and tracing efforts as to the Receivership Entities' funds and alleged flow of funds to the Defendants which are related to the Receiver's claims as set forth in the pleadings. |
| All expert and fact witnesses identified by the parties in their respective witness lists and discovery responses. | | |

Respectfully submitted June 15, 2026.

**DGIM Law, PLLC**
*Counsel for Defendant Hollander*
2875 NE 191st Street, Suite 705
Aventura, FL 33180-2834
Telephone: (305) 763-8708

By: */s/ Jonathan E. Groth*
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
dan@dgimlaw.com
Jonathan E. Groth, Esq.
Florida Bar No. 102648
jonathan@dgimlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2026, a copy of the foregoing was filed electronically via CM/ECF and served via electronic mail to all parties registered to receive electronic notification in this case.

By: */s/ Jonathan E. Groth*
Jonathan E. Groth, Esq.
Florida Bar No. 102648
jonathan@dgimlaw.com

4