# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-25503-CV-WILLIAMS/LETT

**MELANIE E. DAMIAN, as Receiver of
ACCANITO EQUITY, LLC; ACCANITO
EQUITY II, LLC; ACCANITO EQUITY
III, LLC; ACCANITO EQUITY IV, LLC;
ACCANITO CAPITAL GROUP, LLC;
ACCANITO HOLDINGS, LLC; SURGE,
LLC,**

       Plaintiff,

v.

**VALO HOLDINGS GROUP, LLC;
JANA SEAMAN, individually,
OCEANFRONT STAFFING, LLC;
JUSTIN HERTZBERG, individually, and
GARRET HOLLANDER, individually,**

       Defendants.

_____/

### NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(4)(b), Defendants Oceanfront Staffing, LLC and Justin Hertzberg ("Defendants") hereby give Notice that it has been ninety (90) days since Defendants Oceanfront Staffing, LLC and Justin Hertzberg's Motion to Dismiss, dated, filed and served on March 27, 2026 ("Motion to Dismiss") (Dkt. 48), has been pending and fully briefed with no hearing set thereon. Defendants further state as follows:

1.      Plaintiff filed and served The Receiver's Omnibus Response to Defendants' Separate Motions to Dismiss and Memorandum of Law (Dkt. 53) on April 9, 2026.

2.      Defendants filed and served Defendants Oceanfront Staffing, LLC and Justin Hertzberg's Reply in Support of Defendants' Motion to Dismiss (Dkt. 60) on April 16, 2026.

Dated: July 16, 2026

**ROTTENSTREICH FARLEY BRONSTEIN**
 **FISHER POTTER HODAS LLP**
201 S. Biscayne Blvd, Suite 840
Miami, Florida 33131
Telephone: (305) 921-1880
Fax: (305) 390-3570
eservice@RFBllp.com
zpotter@RFBllp.com
dhazouri@RFBllp.com

By: */s/ Zachary R. Potter*
    Zachary R. Potter
    Florida Bar No. 064430
    David R. Hazouri
    Florida Bar No. 142387

**PAUL HASTINGS, LLP**
Renato Mariotti, Esq.
Holly Campbell, Esq
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6099
hollycampbell@paulhastings.com
renatomariotti@paulhastings.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail this 16th day of July 2026, upon all parties on the attached Service List.

**ROTTENSTREICH FARLEY BRONSTEIN FISHER POTTER HODAS, LLP**

By:  /s/ Zachary R. Potter
Zachary R. Potter
201 S. Biscayne Blvd. Suite 840
Miami, Florida 33131
Telephone:  (305) 921-1880
eservice@RFBllp.com
*Attorneys for Defendant Oceanfront Staffing, LLC and Justin Hertzberg*

**PAUL HASTINGS, LLP**
Renato Mariotti, Esq.
Holly Campbell, Esq.
PAUL HASTINGS, LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6099
Email: hollycampbell@paulhastings.com
renatomariotti@paulhastings.com

**<u>SERVICE LIST</u>**

Melanie Emmons Damian, Esq.
Kristopher E. Pearson, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL   33131
Telephone:  (305) 371-3960
Fax:  (305) 371-3965
mdamian@dvllp.com
kpearson@dvcattorneys.com
*Attorneys for Plaintiff*

Renato Mariotti, Esq.
Holly Campbell, Esq.
PAUL HASTINGS, LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6099
Email: hollycampbell@paulhastings.com
renatomariotti@paulhastings.com
*Attorneys for Oceanfront Staffing, LLC and Justin Hertzberg*
*Admitted Pro Hac Vice*

George L. Guerra, Esq.
TURKEL CUVA BARRIOS GUERRA
100 N. Tampa Street, Suite 1900
Tampa, FL  33602
Telephone: (813) 834-9191
Email: gguerra@tcb-law.com
*Attorney for Defendants, Valo Holdings Group, LLC and Jana Seaman*

Daniel Y. Gielchinsky, Esq.
Jonathan E. Groth, Esq.
DGIM LAW, PLLC
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Telephone: (305) 763-8708
Email:  dan@dgimlaw.com
jonathan@dgimlaw.com
*Attorneys for Garrett Hollander*