**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-25503-WILLIAMS/LETT**

MELANIE E. DAMIAN, as Receiver of
ACCANITO EQUITY, LLC;
ACCANITO EQUITY II, LLC;
ACCANITO EQUITY III, LLC;
ACCANITO EQUITY IV, LLC;
ACCANITO CAPITAL GROUP, LLC;
ACCANITO HOLDINGS, LLC;
SURGE, LLC,
Plaintiff,

v.

VALO HOLDINGS GROUP, LLC;
JANA SEAMAN, individually,
OCEANFRONT STAFFING, LLC;
JUSTIN HERTZBERG, individually, and
GARRETT HOLLANDER, individually,

Defendants.
_________________________________/

**REPORT OF MEDIATOR**

THIS CAUSE came before the undersigned Mediator, Glenn J. Waldman, on Friday, September 11, 2026, for the Mediation Conference attended by Plaintiff, Melanie E. Damian, as Court-Appointed Receiver for Accanito Equity, LLC et al., and Kristopher E. Pearson, Esq.; Defendant, Garrett Hollander, and Jonathan Groth, Esq.; Defendants, Valo Holdings Group, LLC and Jana Seaman, and George L. Guerra, Esq. and Emma R. Canniff, Esq.; and Sean Gilmartin, Esq. (General Counsel for FPFX Technologies, LLC) as representative on behalf of Defendants, Oceanfront Staffing, LLC and Justin Hertzberg, Renato Mariotti, Esq. and Amiri Lampley, Esq.. At the conclusion of the Mediation Conference, it was an IMPASSE.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed and e-served through the Florida Courts E-filing Portal this 11th day of September 2026 to all counsel of record.

***/s/ Glenn J. Waldman***
Glenn J. Waldman, Esq.
Florida Certified Mediator (#2354 CR)